FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 27, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DONDALEA S.,[1]

              Plaintiff,

     v.

FRANK BISIGNANO,
Commissioner of Social Security,

           Defendant.

No.   1:25-cv-03170-EFS

**ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)**

The parties agree that the matter should be reversed and remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

---

[1] For privacy reasons, the Court refers to every social security plaintiff by first name and last initial or by "Plaintiff." *See* LCivR 5.2(c).

ORDER - 1

Consistent with the parties' agreement, **IT IS HEREBY ORDERED:**

1.  The parties' Stipulated Motion to Remand, **ECF No. 14**, is **GRANTED.**

2.  This matter is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council is to instruct the ALJ to: offer the claimant an opportunity for a hearing; obtain medical expert evidence; further evaluate the medical opinion evidence of record; reevaluate the claimant's residual functional capacity; obtain supplemental vocational expert evidence to clarify the effect of assessed limitations on the claimant's occupational base, ask the vocational expert to identify examples of appropriate jobs, and to state the incidence of such jobs in the national economy; take any further action needed to complete the administrative record; and issue a new decision.

ORDER - 2

3. The Clerk's Office shall **TERM** the hearing and Plaintiff's brief, **ECF No. 8**, enter **JUDGMENT** in favor of Plaintiff, and **CLOSE** the case.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 27th day of March 2026.

_____

EDWARD F. SHEA
Senior United States District Judge

ORDER - 3